# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-13 | E 1026917 | MONZON | 4822 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/21/2020 6:37PM
Offense Charged: ☒ USC
Title 18 USC. SEC 641

Place of Offense: NAVAL BASE SAN DIEGO, BLDG. 3379 2260 CALLAGAN HWY, SAN DIEGO 92136

Offense Description: Factual Basis for Charge — HAZMAT ☐

THEFT OF GOVERNMENT PROPERTY

### DEFENDANT INFORMATION

Last Name: MOORE
First Name: GARRY
MI: E

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 960 YWJ | OH | 12 | HONDA CIVIC | GRAY |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 WEST BROADWAY SAN DIEGO, CA 92101
Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: NOT PRESENT

Original - CVB Copy

*E1026917*

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20___, while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/29/2020 14:46